ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Rothschild & Co US Inc.** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081101 | $150,000.00 | 11/21/2019 | 1019 9ADH011SA | 11/15/2019 | $150,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080584 | $150,775.21 | 10/15/2019 | 0919 9ADH011SA | 9/13/2019 | $150,775.21 |

**Totals:** **2 transfer(s),** **$300,775.21**

Rothschild & Co US Inc. (2266189)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1